BARRY R. EDWARDS, ESQ., BAR NO. 53466
SPIEGELMAN and EDWARDS
9903 Santa Monica Boulevard
Suite 1200
Beverly Hills, CA 90212
Telephone:  (323) 876-7451

Attorneys for Plaintiff/Creditor DANIEL BERDAKIN, individually and dba
SKY 1 APARTMENTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BERDAKIN, individually and dba SKY 1 APARTMENTS, <br><br>             Plaintiff, <br><br>vs. <br><br>CONSULADO DE LA REPUBLICA DE EL SALVADOR, <br><br>             Defendant. | CASE NO. CV95-6145 DDP (ANX) <br><br>RENEWAL OF JUDGMENT <br><br> BY CLERK |

    IT IS HEREBY ORDERED that the Judgment as entered in the above captioned matter on May 23, 2007 in favor of Judgment Creditor, DANIEL BERDAKIN, individually and dba SKY 1 APARTMENTS, located at 101 S. Rossmore Avenue, Los Angeles, CA 90004, and against Judgment Debtor, CONSULADO DE LA REPUBLICA DE EL SALVADOR, 3450 Wilshire Boulevard, #250, Los Angeles, California 90010, shall be renewed as follows:

```
        Judgment as entered:              98,374.92
        Credits:                               -0-
        Subtotal:                         98,374.92
        Interest                          95,089.00
        Total Renewed Judgment:         $ 193,463.92
```

DATED:  January 26, 2017                     _____ Deputy Clerk
                                             Clerk, U.S. DISTRICT COURT

1
RENEWAL OF JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28